IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _______________

CHRISTINA VALDES,

Plaintiff,

v.

THE WEEKLY MEDIA GROUP, LLC and WEEKLY NEWS CORP. d/b/a or a/k/a KEYS WEEKLY MEDIA, MARATHON WEEKLY, KEYS WEEKLY, KEY WEST WEEKLY, UPPER KEYS WEEKLY,

Defendants.
_________________________________|

**COMPLAINT**

COMES NOW, Plaintiff, CHRISTINA VALDES ("VALDES ") files this Complaint and sues Defendants, THE WEEKLY MEDIA GROUP, LLC ("WEEKLY MEDIA") and WEEKLY NEWS CORP. d/b/a or a/k/a KEYS WEEKLY MEDIA, MARATHON WEEKLY, KEYS WEEKLY, KEY WEST WEEKLY, UPPER KEYS WEEKLY ("WEEKLY NEWS") (collectively, with WEEKLY MEDIA and WEEKLY NEWS referred to as, "KEYS WEEKLY") for violation of the Pregnancy Discrimination Act, 42 U.S.C. § 2000, et seq. ("PDA") and the Florida Civil Rights Act of 1992, Fla. Stat. Chap. 760.01, et seq. ("FCRA") and, in support, she alleges as follows:

## JURISDICTION & VENUE

1. This is an action brought to remedy unlawful employment practices by the Defendants pursuant to the PDA and FCRA.

2. This court has federal question jurisdiction and supplementary jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332 and 1365.

3. VALDES is *sui juris* and is a resident of this District.

4. KEYS WEEKLY employed Plaintiff in this judicial district and continues to do business here.

5. VALDES worked for KEYS WEEKLY in this District.

6. All actions relevant to this Complaint occurred in this District.

## CONDITIONS PRECEDENT

7. All conditions precedent have been satisfied or have been waived, including the dual filing of Charges of Discrimination with the EEOC and FCHR.

## GENERAL ALLEGATIONS

8. KEYS WEEKLY is an "employer" within the meaning of the PDA and FCRA.

9. At all relevant times, VALDES was pregnant.

10. VALDES began working at KEYS WEEKLY on or about February 3, 2020, as a "Sales & Relationship Management Specialist".

CADOGAN LAW | 300 S. PINE ISLAND ROAD, SUITE 107 | PLANTATION, FL 33324 | T: 954.606.5891 | F: 877.464.7316

11. VALDES' primary job duties were to develop clientele for the various newspaper publications of KEYS WEEKLY.

12. VALDES' primary territory was throughout the Florida Keys.

13. By all accounts, VALDES performed her duties well and was told by KEYS WEEKLY that VALDES was one of their "best" salespeople.

14. On or about July of 2020, VALDES told both Jason Koler, and Eric "Britt" Myers, the President and Vice President of the Defendants, that she was pregnant with her third child, due in January 2021.

15. Then, on September 8, 2020, Mr. Myers fired VALDES via a Zoom video-conference call and cited that it was because the KEYS WEEKLY could not afford her salary, which was $50,000 annually.

16. Mr. Myers also provided VALDES with a letter of recommendation dated September 10, 2020. See Exhibit "A".

17. That very day, KEYS WEEKLY posted ads for positions at KEYS WEEKLY for the job duties VALDES performed and at a higher salary—despite KEYS WEEKLY's excuse that it purportedly could not afford VALDES' salary. See Composite Exhibit "B".

18. Moreover, upon information and belief, KEYS WEEKLY has since hired another woman—who is not pregnant-- to perform the same or substantially the same duties VALDES performed.

## ATTORNEY'S FEES

19. As a result of KEYS WEEKLY's unjust, unlawful, and wrongful treatment of her, VALDES has retained the undersigned law firm and has agreed to pay it reasonable attorneys' fees.

## COUNT I: DISCRIMINATION IN VIOLATION OF PDA AGAINST WEEKLY MEDIA

20. VALDES re-adopts, incorporates by reference, and re-alleges Paragraphs 1 to 19, as though fully set forth herein.

21. At all relevant times, VALDES was pregnant.

22. WEEKLY MEDIA terminated VALDES's employment shortly after she informed it she was pregnant.

23. WEEKLY MEDIA's reason for firing VALDES was pretextual.

24. WEEKLY MEDIA replaced VALDES with a non-pregnant woman.

25. As a direct and proximate result of the intentional violations of the PDA by WEEKLY MEDIA, VALDES has been injured. Her injuries include, but are not limited to, back pay, front pay, compensatory damages, and humiliation.

26. WEEKLY MEDIA's violation of the anti-discriminatory provisions of the PDA was willful and in direct contravention of the PDA.

WHEREFORE, as to Count I, CHRISTINA VALDES respectfully requests that the Court enter Judgement against WEEKLY MEDIA, jointly and severally, and award her

back pay, front pay or reinstatement, compensatory damages, punitive damages, interest, attorneys' fees, costs and any other such relief this Court deems just and equitable.

## COUNT II: DISCRIMINATION IN VIOLATION OF FCRA AGAINST WEEKLY MEDIA

27. VALDES re-adopts, incorporates by reference, and re-alleges Paragraphs 1 to 19, as though fully set forth herein.

28. At all relevant times, VALDES was pregnant.

29. WEEKLY MEDIA terminated VALDES's employment shorty after she informed it she was pregnant.

30. WEEKLY MEDIA's reason for firing VALDES was pretextual.

31. WEEKLY MEDIA replaced VALDES with a non-pregnant woman.

32. As a direct and proximate result of the intentional violations of the FCRA by WEEKLY MEDIA, VALDES has been injured. Her injuries include, but are not limited to, back pay, front pay, compensatory damages, and humiliation.

33. WEEKLY MEDIA's violation of the anti-discriminatory provisions of the FCRA was willful and in direct contravention of the FCRA.

WHEREFORE, as to Count II, CHRISTINA VALDES respectfully requests that this Court enter Judgment against WEEKLY MEDIA, jointly and severally, and award her back pay, front pay or reinstatement, compensatory damages, punitive damages, interest, attorneys' fees, costs and any other such relief this Court deems just and equitable.

**COUNT III: DISCRIMINATION IN VIOLATION OF PDA AGAINST WEEKLY NEWS**

34. VALDES re-adopts, incorporates by reference, and re-alleges Paragraphs 1 to 19, as though fully set forth herein.

35. At all relevant times, VALDES was pregnant.

36. WEEKLY NEWS terminated VALDES's employment shortly after she informed it she was pregnant.

37. WEEKLY NEWS' reason for firing VALDES was pretextual.

38. WEEKLY NEWS replaced VALDES with a non-pregnant woman.

39. As a direct and proximate result of the intentional violations of the PDA by WEEKLY NEWS, VALDES has been injured. Her injuries include, but are not limited to, back pay, front pay, compensatory damages, and humiliation.

40. WEEKLY NEWS' violation of the anti-discriminatory provisions of the PDA was willful and in direct contravention of the PDA.

WHEREFORE, as to Count III, CHRISTINA VALDES respectfully requests that the Court enter Judgment against WEEKLY NEWS, jointly and severally, and award her back pay, front pay or reinstatement, compensatory damages, punitive damages, interest, attorneys' fees, costs and any other such relief this Court deems just and equitable.

**COUNT IV: DISCRIMINATION IN VIOLATION OF FCRA AGAINST WEEKLY NEWS**

41. VALDES re-adopts, incorporates by reference, and re-alleges Paragraphs 1 to 19, as though fully set forth herein.

42. At all relevant times, VALDES was pregnant.

43. WEEKLY NEWS terminated VALDES's employment shortly after she informed it she was pregnant.

44. WEEKLY NEWS' reason for firing VALDES was pretextual.

45. WEEKLY NEWS replaced VALDES with a non-pregnant woman.

46. As a direct and proximate result of the intentional violations of the FCRA by WEEKLY NEWS, VALDES has been injured. Her injuries include, but are not limited to, back pay, front pay, compensatory damages, and humiliation.

47. WEEKLY NEWS' violation of the anti-discriminatory provisions of the FCRA was willful and in direct contravention of the FCRA.

WHEREFORE, as to Count IV, CHRISTINA VALDES respectfully requests that the Court enter Judgment against WEEKLY NEWS, jointly and severally, and award her back pay, front pay or reinstatement, compensatory damages, punitive damages, interest, attorneys' fees, costs and any other such relief this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff, CHRISTINA VALDES, demands a trial by jury on all issues so triable.

Dated: September 7, 2021

Respectfully submitted,

By: */s/ Gina Cadogan*

GINA MARIE CADOGAN
Fla Bar No: 177350
Cadogan Law
300 S. Pine Island Road, Suite 107
Plantation, FL 33324
Telephone: 954.606.5891
Facsimile: 877.464.7316
Email: gina@cadoganlaw.com
Email: kathy@cadoganlaw.com

# EXHIBIT A

September 10, 2020

To whom it may concern,

My name is Britt Myers and I am the owner and operator of Keys Weekly Media. Christina Valdes worked directly with me for eight months. She was employed as a Sales & Relationship Management Specialist (in the field of print and digital media) from February 2020 to September 2020.

Christina was responsible for developing new clientele, creative assistance and development on advertising campaigns for various clients, daily sales calls & appointment and was certified through Sandler School of Sales training during her tenure with our company.

Unfortunately, due to the economic impact of the COVID-19 pandemic, we have lost valued employees such as Christiana, who would be a valued asset to any company seeking her expertise and positive attributes.

Please contact me if you have any questions.

Respectfully,

Britt Myers
Keys Weekly Media
5450 MacDonald Ave. # 5
Key West, FL 33040
305-731-0087
www.keysweekly.com

# EXHIBIT B

KEY WEST / MARATHON / UPPER KEYS WEEKLY / SEPTEMBER 3, 2020

SSIFIEDS, PUBLIC & LEGAL NOTICES • 305.743.0844

## GAL NOTICES

OE COUNTY TOURIST OPMENT COUNCIL opening for a ST RELATED BUSINESS SENTATIVE - Shall be is involved in business is interdependent upon urist industry who have nstrated an interest in development but who ot be employed in any n within the lodging ry (motels, hotels, tional vehicle parks and tourist accommodations hose business is in the lection district for which re applying). erson wishing to pate on the District ory Committee of onroe County Tourist opment Council within trict so noted above, may t an application from the istrative Office by calling 296-1552 and submit plication to the address below: tment DAC e County Tourist opment Council White Street, Suite 102 est, FL 33040 (305) 296-0788 ne for receipt of ation at the above s is Friday, October 2, t 5:00 p.m. A resume may ched to the application. h: nber 3, 2020 eekly Newspapers

E OF INTENTION TO DER ADOPTION OF TY ORDINANCE E IS HEREBY GIVEN TO M IT MAY CONCERN that ptember 16, 2020, at M., or as soon thereafter be heard, the Board nty Commissioners of e County, Florida, intends sider the adoption of the ing County ordinance: DINANCE OF THE BOARD UNTY COMMISSIONERS ONROE COUNTY, FLORIDA, DING SECTION 126-10(f) E MONROE COUNTY PROVIDING FOR THE LISHMENT OF A SINGLE UNT FOR THE FAIR SHARE RY IMPACT FEES AND FOR NT OF THE FEES INTO CCOUNT; SETTING FORTH EFINITION OF CAPITAL VEMENTS FOR PURPOSES S SECTION; PROVIDING EVERABILITY; PROVIDING HE REPEAL OF ALL IANCES INCONSISTENT WITH; PROVIDING FOR PORATION INTO THE OE COUNTY CODE OF IANCES; AND PROVIDING FECTIVE DATE. nt to Section 286.0105, Statutes, notice is that if a person decides eal any decision made Board with respect matter considered at earing or meetings, need a record of the edings, and that, for urpose, he may need to that a verbatim record is of the proceedings, which includes the testimony idence upon which the l is to be based. nt to the Governor's ive Order No. 20-69, led by Executive Orders -112, 20-139 and 20-179, nended by Executive No. 20-193, Monroe y Emergency Directives and 20-10, and the Center ease Control ("CDC") distancing guidelines shed to contain the of the COVID-19 he September 16, Public Hearing will be cted via Communication Technology ("CMT"), a Zoom Webinar m @ https://www. monroecounty-fl.gov/BoccMeetingSeptember16. The County will provide updates on changing directives for Local Government Public Meetings on the County Website at: www.MonroeCounty-FL.Gov.

Below are the various options available to the public to view the live meeting and/or to make public comments on certain agenda items during the public portion of the meeting.

The Public is strongly encouraged to watch the meeting on Monroe County's MCTV on Comcast Channel 76 or AT&T Uverse Channel 99, or listen to audio-only from their phones by dialing (646) 518-9805 or (669) 900-6833 and, when prompted, enter the Webinar ID: 947 5253 9153.

The public can watch the meeting online by visiting the County's meeting portal @ http://monroecountyfl.iqm2.com/Citizens/Default.aspx and selecting the "Watch Live" banner to view with live closed-captioning on an integrated page that includes the Meeting Agenda/Agenda backup.

Or, iPhone one-tap:
US:
+16465189805,,94752539153#
or
+16699006833,,94752539153#

Or, Telephone:
Dial (for higher quality, dial a number based on your current location):
US: +1 646 518 9805 or +1 669 900 6833
Webinar ID: 947 5253 9153
International numbers available: https://mcbocc.zoom.us/u/aeBfhBerlj

If a person wishes to comment on a particular item on the public portion of the agenda, when the Zoom Webinar monitor and/or the Mayor calls for speakers on the item on which you wish to comment:
a) If phoning in: dial *9 to "raise your hand" to be recognized by the Zoom Webinar monitor;
b) If watching the meeting online: click on/open the live Zoom webinar link below: https://www.monroecounty-fl.gov/BoccMeetingSeptember16 that appears in both the published Agenda and Agenda Packet.

When prompted, enter your email address and name to join the Webinar and then select the "raised hand" feature that appears at the bottom of the Zoom Webinar screen to be recognized by the Zoom Webinar monitor.

The Zoom Webinar monitor will request the agenda item # on which you wish to comment and will enable your participation when the Mayor calls for public speakers on your item. To report problems with the broadcast, please call: (305) 872-8831.

A person may submit written or other physical evidence on a particular agenda item for consideration at the BOCC meeting to: Lindsey Ballard, via email to: ballard-lindsey@monroecounty-fl.gov, or by mail to: County Administrator's Office, 1100 Simonton Street, Suite 205, Key West, FL 33040. The documents must be received by 3:00 PM on Monday, September 14, 2020, and must include the submitter's name, address, phone number, email address, and the agenda item number to which the documents refer.

ADA ASSISTANCE: If you are a person with a disability who needs special accommodations in order to participate in this proceeding, please contact the County Administrator's Office, by phoning (305) 292-4441, between the hours of 8:30 a.m. – 5:00 p.m., no later than five (5) calendar days prior to the scheduled meeting; if you are hearing or voice-impaired, call "711". Live Closed Captioning is available per our web portal @ http://monroecountyfl.iqm2.com for meetings of the Monroe County Board of County Commissioners.

DATED at Key West, Florida, this 1st day of September, 2020
KEVIN MADOK, Clerk of the Court and ex officio Clerk of the Board of County Commissioners of Monroe County, Florida
Publish:
September 3, 2020
The Weekly Newspapers

---

CITY OF KEY COLONY BEACH
NOTICE OF VARIANCE HEARING
NOTICE IS HEREBY GIVEN that the Planning and Zoning Board of the City of Key Colony Beach, Florida, will hold a Public Hearing on Wednesday September 16, 2020 at 9:30 A.M to hear a Variance Request from Edward Perez, owner of 530 4th Street. Pursuant to Executive Order No. 20-69, Monroe County Emergency Directive 20-06 and Center for Disease control ("CDC") social distancing guidelines established to contain the spread of the COVID-19 virus, this meeting will be held virtually via Zoom Meetings. Members of the public who wish to attend may join Zoom Meeting https://us02web.zoom.us/j/85182357181. Members of the public who wish to attend may email cityclerk@keycolonybeach.net for further instructions on attending via Zoom Meetings.
Applicant requests a Variance to Land Development Regulations Chapter 101, Section 12 (8) for a 4'0" height variance for a new two dwelling unit residence. Current building height is 30'0".
Interested parties may attend the Hearing and be heard with respect to the requested variance.
If any person decides to appeal any decision made by the Commission with respect to any matter considered at the Variance Hearing, that person will need a record of the proceedings and for such purpose may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.
If you are unable to attend the Hearing on Wednesday September 16, 2020 but wish to comment, please direct correspondence to: City Commission, P.O. Box 510141, Key Colony Beach, FL 33051, or cityclerk@keycolonybeach.net and your comments will be entered into the record.
Rebecca Todd, City Clerk
CITY OF KEY COLONY BEACH
Publish:
September 3, 2020
The Weekly Newspapers

---

CITY OF KEY COLONY BEACH
NOTICE OF VARIANCE HEARING
NOTICE IS HEREBY GIVEN that the Planning and Zoning Board of the City of Key Colony Beach, Florida, will hold a Public Hearing on Wednesday September 16, 2020 at 9:30 A.M to hear a Variance Request from Albert Priest, owner of 38 Sadowski Causeway. Pursuant to Executive Order No. 20-69, Monroe County Emergency Directive 20-06 and Center for Disease control ("CDC") social distancing guidelines established to contain the spread of the COVID-19 virus, this meeting will be held virtually via Zoom Meetings. Members of the public who wish to attend may join Zoom Meeting https://us02web.zoom.us/j/85182357181. Members of the public who wish to attend may email cityclerk@keycolonybeach.net for further instructions on attending via Zoom Meetings.
Applicant requests a Variance to Land Development Regulations Chapter 101, Section 50 to convert an existing parking space to a house addition.
Interested parties may attend the Hearing and be heard with respect to the requested variance.
If any person decides to appeal any decision made by the Commission with respect to any matter considered at the Variance Hearing, that person will need a record of the proceedings and for such purpose may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.
If you are unable to attend the Hearing on Wednesday September 16, 2020 but wish to comment, please direct correspondence to: City Commission, P.O. Box 510141, Key Colony Beach, FL 33051, or cityclerk@keycolonybeach.net and your comments will be entered into the record.
Rebecca Todd, City Clerk
CITY OF KEY COLONY BEACH
Publish:
September 3, 2020
The Weekly Newspapers

---

CITY OF KEY COLONY BEACH
NOTICE OF VARIANCE HEARING
NOTICE IS HEREBY GIVEN that the Planning and Zoning Board of the City of Key Colony Beach, Florida, will hold a Public Hearing on Wednesday September 16, 2020 at 9:30 A.M to hear a Variance Request from Patricia Day, owner of 69 7th Street. Pursuant to Executive Order No. 20-69, Monroe County Emergency Directive 20-06 and Center for Disease control ("CDC") social distancing guidelines established to contain the spread of the COVID-19 virus, this meeting will be held virtually via Zoom Meetings. Members of the public who wish to attend may join Zoom Meeting https://us02web.zoom.us/j/85182357181. Members of the public who wish to attend may email cityclerk@keycolonybeach.net for further instructions on attending via Zoom Meetings.
Applicant requests a Variance to Land Development Regulations Chapter 101, Section 101-26 for a setback variance for a pool.
Interested parties may attend the Hearing and be heard with respect to the requested variance.
If any person decides to appeal any decision made by the Commission with respect to any matter considered at the Variance Hearing, that person will need a record of the proceedings and for such purpose may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.
If you are unable to attend the Hearing on Wednesday September 16, 2020 but wish to comment, please direct correspondence to: City Commission, P.O. Box 510141, Key Colony Beach, FL 33051, or cityclerk@keycolonybeach.net and your comments will be entered into the record.
Rebecca Todd, City Clerk
CITY OF KEY COLONY BEACH
Publish:
September 3, 2020
The Weekly Newspapers

---

CITY OF KEY COLONY BEACH
NOTICE OF VARIANCE HEARING
NOTICE IS HEREBY GIVEN that the Planning and Zoning Board of the City of Key Colony Beach, Florida, will hold a Public Hearing on Wednesday September 16, 2020 at 9:30 A.M to hear a Variance Request from Seapointe Condominium, owner of 101 East Ocean Dr. Pursuant to Executive Order No. 20-69, Monroe County Emergency Directive 20-06 and Center for Disease control ("CDC") social distancing guidelines established to contain the spread of the COVID-19 virus, this meeting will be held virtually via Zoom Meetings. Members of the public who wish to attend may join Zoom Meeting https://us02web.zoom.us/j/85182357181. Members of the public who wish to attend may email cityclerk@keycolonybeach.net for further instructions on attending via Zoom Meetings.
Applicant requests a setback variance to Land Development Regulations Chapter 101, Section 15 for installation of sheeptile retaining wall, pile cap, and stairs to beach.
Interested parties may attend the Hearing and be heard with respect to the requested variance.
If any person decides to appeal any decision made by the Commission with respect to any matter considered at the Variance Hearing, that person will need a record of the proceedings and for such purpose may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.
If you are unable to attend the Hearing on Wednesday September 16, 2020 but wish to comment, please direct correspondence to: City Commission, P.O. Box 510141, Key Colony Beach, FL 33051, or cityclerk@keycolonybeach.net and your comments will be entered into the record.
Rebecca Todd, City Clerk
CITY OF KEY COLONY BEACH
Publish:
September 3, 2020
The Weekly Newspapers

---

IN THE CIRCUIT COURT FOR MONROE COUNTY, FLORIDA
PROBATE DIVISION
FILE NO.: 20-CP-000203-K
IN RE: ESTATE OF DONALD GEORGE CAREY, Deceased.
NOTICE TO CREDITORS
The administration of the estate of Donald George Carey, deceased, whose date of death was May 5, 2020, is pending in the Circuit Court for Monroe County, Florida, Probate Division, the address of which is 500 Whitehead Street, Key West, FL 33040. The names and addresses of the personal representative and the personal representative's attorney are set forth below.
All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.
NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is September 3, 2020.
Personal Representative:
Donna Rene Carey Patton Aaron
19531 SW 53rd Street
Miramar, FL 33029
Attorney for Personal Representative:
David M. Scully
E-Mail Addresses:
david@lovingscully.com
jack@lovingscully.com
Florida Bar No. 0122520
Loving Scully Law Group PLLC
1323 S.E. Third Avenue
Fort Lauderdale, FL 33316
Telephone: 954-764-1005
Publish:
September 3 & 10, 2020
The Weekly Newspapers

---

IN THE CIRCUIT COURT FOR MONROE COUNTY, FLORIDA
PROBATE DIVISION
FILE NO.: 2020-CP-185-K
JUDGE TIMOTHY J. KOENIG
IN RE: THE ESTATE OF JEFFREY M. WHITE, Deceased.
NOTICE TO CREDITORS
The administration of the estate of JEFFREY M. WHITE, deceased, whose date of death was August 4, 2020, is pending in the Circuit Court for Monroe County, Florida, Probate Division, the address of which is 500 Whitehead Street, Key West, FL 33040. The names and addresses of the personal representative and the personal representative's attorney are set forth below.
All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF THREE (3) MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.
NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is: September 3, 2020.
Personal Representative:
MEAGAN A. WHITE
5456 Newfield Avenue
Cincinnati, Ohio 45237
Attorney for Personal Representative:
CARA HIGGINS, ESQ.
Fla. Bar No. 0734241
Cara Higgins Law
604 Whitehead Street
Key West, FL 33040
Telephone (305) 294-6030
Facsimile (305) 292-9911
E-Mail: cara@carahigginslaw.com
Publish:
September 3 & 10, 2020
The Weekly Newspapers

---

IN THE CIRCUIT COURT FOR MONROE COUNTY, FLORIDA
PROBATE DIVISION

KEY WEST / MARATHON / UPPER KEYS WEEKLY / SEPTEMBER 3, 2020

• CLASSIFIEDS, PUBLIC & LEGAL NOTICES • 305.743.08

## LEGAL NOTICES

FILE NO.: 18-CP-000089-M
IN RE: ESTATE OF JOSEPH F. AUCREMANNE, Deceased.
NOTICE TO CREDITORS
The administration of the estate of Joseph F. Aucremanne, deceased, whose date of death was October 30, 2018, is pending in the Circuit Court for Monroe County, Florida, Probate Division, the address of which is 3117 Overseas Highway, Marathon, Florida 33050. The names and addresses of the personal representative and the personal representative's attorney are set forth below.
All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.
All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.
NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.
The date of first publication of this notice is: August 27, 2020.
Personal Representative:
Joseph F. Aucremanne II
3533 Greenbrier Drive
Hinton, West Virginia 25951
Attorney for Personal Representative:
Robert K. Miller, Esq.
Florida Bar Number: 359173
Cunningham Miller Rhyne PA
10075 Overseas Hwy
PO Box 500938
Marathon, FL 33050
Telephone: (305) 743-9428
Fax: (305) 743-8800
E-mail: Service@FloridaKeysLaw.com
Secondary E-Mail: RMiller@FloridaKeysLaw.com
Publish:
August 27 & September 3, 2020
The Weekly Newspapers

---

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA
Case No.: 2020-CA-008520-O
IN RE: AMERICAN ROAD OPERATIONS LLC, Assignor,
ROBERT H. EWALD, Assignee.
NOTICE OF ASSIGNMENT AND PROOF OF CLAIM DEADLINE
TO CREDITORS AND OTHER INTERESTED PARTIES:
PLEASE TAKE NOTICE that on August 25, 2020, a Petition Commencing Proceeding Under Assignment for the Benefit of Creditors pursuant to Chapter 727, Florida Statutes, made by AMERICAN ROAD OPERATIONS LLC, Assignor, with its principal place of business at 3770 37th St, Orlando, FL 32805, to ROBERT H. EWALD, Assignee, whose address is 502 Hallowell Circle, Orlando, FL 32828.
YOU ARE HEREBY further notified that in order to receive any dividend in this proceeding you must file a proof of claim with the Assignee or the Assignee's attorney on a form they can provide upon request on or before December 23, 2020 (120 days from the date of the filing of the petition).
I HEREBY CERTIFY that a true and correct copy hereof was furnished by email or first class mail to all parties on the attached Service List, this 25TH day of August, 2020.
MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
Primary: mpaasch@mateerharbert.com
Secondary: ndarville@mateerharbert.com
Attorneys for Robert H. Ewald, Assignee
Publish:
August 27, September 3, 10 & 17, 2020
The Weekly Newspapers

---

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT, IN AND FOR MONROE COUNTY, FLORIDA
Case No.: 20-DR-348-K
Division: Family
LADISLAV KOBLIHA, Petitioner
and
DAKOTA DEWAYNE DODDS Respondent.
NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE
TO: DAKOTA DEWAYNE DODDS
Respondent's last known address: 311 CHARLESTON STREET, CAVE CITY, AR 72501
YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on: LADISLAV KOBLIHA, whose address is 1721 JAMAICA DRIVE, KEY WEST, FL 33040, on or before September 14, 2020 and file the original with the clerk of this Court at 500 Whitehead Street, Key West FL 33040 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.
The action is asking the court to decide how the following real or personal property should be divided: None
Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.
You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.
WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.
Dated: August 7, 2020
Kevin Madok, CPA
Clerk of the Circuit Court
Monroe County, Florida
By: Jaquelyn Fonseca
Deputy Clerk
Publish:
August 13, 20 & 27 and September 3, 2020
The Weekly Newspapers

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
IN ADMIRALTY
CASE NO.: 4:20-cv-10041-JEM
IN THE MATTER OF JOHN CRAMER AND JTT SEAFOOD, INC., AS BENEFICIAL OWNER AND OWNER OF THE 34' FISHING VESSEL GETAWAY BEARING HULL IDENTIFICATION NUMBER GFYHM068H595, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, Petitioners.
PETITIONERS' NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
COMES NOW, JOHN CRAMER and JTT SEAFOOD INC (hereinafter "Petitioners") as Beneficial Owner and Owner of the 34' fishing vessel GETAWAY bearing hull identification number GFYHM068H595 (hereinafter "vessel"), by and through its undersigned counsel and pursuant to the provisions of Rule F (4) give notice of filing a Verified Complaint for Exoneration of Liability [D.E. 1] pursuant to Title 46 U.S.C. Appx. §§ 30501-30512, and the Court's Order issuing Monition, restraining of suits, and approval of Ad Interim Stipulation of Value [D.E. 5].
Notice is hereby given that a Verified Petition/Complaint in Admiralty [DE-1] was filed on or about April 23, 2020 [DE-1] by Petitioners for exoneration from liability or, in the alternative, limitation of liability, pursuant to 46 U.S.C. §30501 et. seq. (formerly 46 App. U.S.C. §183 et seq.) and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule F for any loss, damage, injury or destruction caused by or resulting from an incident regarding the vessel GETAWAY as is more fully described in the Verified Petition/Complaint [DE-1].
The Court has entered an Order [D.E. 5] directing the issuance of this notice, monition, and restraining of suits declaring that all persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Admiralty and Maritime Claims, with the Clerk of this Court and serve a copy thereof on counsel for the Petitioners, Frank J. Sioli, Sioli Alexander Pino, 9155 S. Dadeland Blvd, Suite 1600, Miami FL 33156, or through CM/ECF on or before October 30, 2020 as ordered by the Court or be defaulted.
If the Claimant desires to contest either the right to exoneration from or limitation of liability, it shall file and serve on the counsel for Petitioner an answer to the Complaint on or before October 30, 2020, the date set by the Court unless its claim has been included in an answer, so designated, or be defaulted.
Respectfully submitted for publication this 31st day of August 2020.
Sioli Alexander Pino
Counsel for Petitioner
JOHN CRAMER & JTT SEAFOOD INC.
9155 S. Dadeland Blvd, Suite 1600
Miami FL, 33156
305.428.2470 (O) | 305.428.2471 (F)
By:
Frank J. Sioli, Esq.
Florida Bar No: 009652
FSioli@siolilaw.com
Publish:
September 3, 10, 17 & 24, 2020
The Weekly Newspapers

## AUTOS WANTE

ALL YEA
Junk or U
Cars - Vans - Tru
Running or
$CASH$ 305-332-0

## AUTOS FOR SAL

2008 White Do Dakota, 2 door extended cab. 111, miles, V6 engine, ltr, A/C, cruise, po windows. $1,20 Call 305-395-0

For Sale: 2016 F Transit Connect, 4 d cargo van. Less than miles, Excellent condit AC, power windo $18,000 305-481-146

## BOATS FOR SAL

2007 Angler 30' Well maintained kept on lift. Repowe in 2015 w/Yamaha four strokes. Warra until 6/21. Contact list of upgrades. Loca in Marathon. $63, Call Pat 305-942-6

2014 Parker, CC-2 - 300hp Yamaha, hrs. Custom fiberg T-Top. Taco outrigg Original ow excellent condit Located in Marath $72,000 305-481-6

2001 Grady White Bimini Center Con with two 2008 Yam 250hp engines, 4-str 216 hrs. Full length can cover. Has been sto at Shelter Bay Marina Marathon for 15 ye Asking $72,500. Mike at 713-446-5

Place your Boat For S ad here for only $25.00 week for up to five line copy. Call 305-743-0 today and Sell Your B

## EMPLOYMENT

WEEKLY
KEYS
NEWSPAPERS

# READY FOR A CHANGE?

## A NEW CAREER AWAITS IN AN ESTABLISHED COMPANY.

$50,000 salary plus commission and benefits for qualified candidates.

Send your confidential resume to britt@keysweekly.com.

## DETENTION DEPUTY TRAINEE:

The Monroe County Sheriff's Office is accepting Preliminary Applications for the Detention Deputy Trainee Academy tentatively starting November 2020. Monroe County Sheriff's Office will pay for your new career (tuition, books, salary). Preliminary Applications must be completed and received by October 1, 2020. Starting salary $42,315.00 Apply on line at www.keysso.net or contact Charles Slebodnick at cslebodnick@keysso.net or 305 292-7044. EEO/AAP.



W 52 | KEY WEST / MARATHON / UPPER KEYS WEEKLY / SEPTEMBER 10, 2020

# LET'S DO BUSINESS - 305.453.6928

AKG
ALL KEYS GLASS
RESIDENTIAL & COMMERCIAL
Windows • Doors
305-743-7800
Sales & Installation • Tub & Shower Enclosures
Safety & Tempered Glass • Mirror & Mirror Walls
Plexi-Glass & Lexan
Authorized Dealer
PGT
WinGuard

CERTIFIED APPLIANCE REPAIR INC.
Sales Service & Installation
2728 North Roosevelt Blvd. Overseas Market Key West
305-296-4066
www.certappl.com
24 hours emergency service with no up charge
Hours: Mon-Fri 8-6 Sat 10-2

DESIGN CENTER
GENERAL CONTRACTORS & ENGINEERS
SPALLING EXPERTS
ICRI
305-735-4042
Locally Owned and Operated
6677 Overseas Highway

Frond + Feather
Events
Olivia Hammon
Certified Event Professional & Wedding Planner
305-509-1326
Olivia@FrondandFeather.com
www.FrondandFeather.com

BlueWater PLUMBING
Sewer Connections
NOW HIRING!
305 872-1876
305 296-BLUE
• New Construction
• Remodeling
• Irrigation
• Heavy Equipment
• Solar

Kitchen Korner
Kitchen Cabinets Sales
REAL Wood Cabinets at Particle Board Prices
KitchenKorner/Fred's Beds
1333 O/S Hwy, MM 53.5 • 305-743-7277

Andy's
www.KeysSlidingGlassDoorRepair.com
Sliding Glass Door Repair
Roller Maintenance
Track Maintenance
Door Alignment
Security Pins
Safety Locks
Handles
We Also Repair & Replace Patio Door Screens
305-998-8953
Insured • Professional • Reliable

KOLHAGES
Appliance and Air Conditioning
Sales - Service - Installation
1700 N. Roosevelt Blvd #2, Key West
305-294-0090 • www.kolhages.com

Operating Since 2004
PROP DOC
KEY WEST, inc
New & Used / Sales & Service
Propellers, Shafts, Struts, Rudders
Only Laser Scanner in the Keys
No Need to Send Your Prop to the Mainland & Waste Valuable Fishing Time
Outboard Shafts Straightened on Boat
305-292-0012
6003 Peninsular Ave. Stock Island-FL
Inboard and Outboard
Free Propeller Analysis
propdrkw@gmail.com

Sportfishing Adventures
Dolphin-Tuna-Wahoo-Billfish-Snapper-Grouper-Shark
Deep Sea –Off Shore-Reef-Wrecks-Gulf
info@johnnymaddoxcharters.com
305-481-3259
Keys Fisheries Market & Marina
Mile Marker 48.5, Marathon
End of 35th Street Bayside

Only $50 Puts
Your Business
Card Here

SOLAR DONE RIGHT!
CALL US FOR A FREE HOME ESTIMATE
We also service and sell: Marine A/C, Refrigeration, Watermakers, Batteries, Solar Systems, Anything Electrical!
- SINCE 1989 -
SALT SERVICE
305-289-1150
www.saltenergy.net
www.saltservice.net
2992 Overseas Highway
Marathon, FL 33050

A-WaX Window Cleaning
Storefront - Commercial - Residential
Licensed & Insured
Bob the Window Cleaner
305-834-1842
www.awaxwindowcleaning.com
Find Us On Facebook
Key Largo, Islamorada, Marathon, Big Pine, Key West
We were here while you were out,
we left your windows clean!

FLORIDA KEYS EXPRESS SHUTTLE
Serving Monroe, Dade & Broward
Including Airports & Ports.
SUV, Van & Limousine options available
Call us for special events.
305-743-7454
fkes2011@gmail.com
floridakeysexpressshuttle.com

Serving Key Largo to Key West
Will Campbell
President
CAMPBELL ENGINEERING
CONSULTANTS
Cell: 305-363-8330
Office: 305-735-4626
will@cecflk.com
www.CECFLK.com
P.E. Lic. No: 79269
5800 Overseas Hwy. Unit 32
Marathon, FL 33050

Whaler's Plaza
Boat and Outside Storage
Now Available! Climate Controlled Storage!
Outside Storage, Too! Long or Short Term.
Boat Ramps Close – Detailing Available on Site!
Located at Fred's Bed • MM 53.5 • 305-743-7277

Liz Sameso Interiors
Design, Decorating, Drafting, & More...
Liz Sameso
Interior Designer
CELL: (954) 801-7883
Email: interiordesignbyliz@gmail.com
Marathon, FL 33050

WEEKLY
Stephanie Mitchell
Account Manager
stephanie@keysweekly.com
5450 MacDonald Ave.
Suite No.5
Key West, FL 33040
cel: 305.304.5778
tel: 305.453.6928
fax: 305.509.7347
www.keysweekly.com

KEY WEST / MARATHON / UPPER KEYS WEEKLY / SEPTEMBER 10, 2020 | 53 W

# • CLASSIFIEDS, PUBLIC & LEGAL NOTICES • 305.743.0844

## DETENTION DEPUTY TRAINEE:

The Monroe County Sheriff's Office is accepting Preliminary Applications for the Detention Deputy Trainee Academy tentatively starting November 2020. Monroe County Sheriff's Office will pay for your new career (tuition, books, salary). Preliminary Applications must be completed and received by October 1, 2020. Starting salary $42,315.00 Apply on line at www.keysso.net or contact Charles Slebodnick at cslebodnick@keysso.net or 305 292-7044. EEO/AAP.

## HELP WANTED

**Venture Out at Cudjoe Cay, Inc.**
**SECURITY GUARDS**

Is in the need of unarmed Security Guards for our gated community. We have an opening for 1 part time and 1 full time position with benefits. Must possess good written and verbal communication skills to inform and assist private community residents and visitors in the compliance of rules.

**Full Time Security Officer Benefits:**
Bi-Weekly pay with Direct Deposit • Holiday Pay • Medical and Dental Vacation Pay/Sick Pay

**Minimum Requirements:**
Must be 18 years of age or older • Must have valid driver's license Authorized to work in the United States • Must be able to pass a background investigation and drug screening

**Salary: $16.00 /hour**
Apply within 701 Spanish Main Drive, Cudjoe Key

## READY FOR A CHANGE?

**A NEW CAREER AWAITS IN AN ESTABLISHED COMPANY.**

$50,000 salary plus commission and benefits for qualified candidates.

Send your confidential resume to britt@keysweekly.com.

## NOW HIRING

RESTAURANT HOST
SERVERS
BARTENDERS
FOOD RUNNER
PUBLIC AREA ATTENDANT
LAUNDRY ATTENDANT
ROOM ATTENDANTS
BELLMEN
LINE COOK
SOUS CHEF
BAKER

APPLY AT:
bungalowskeylargo.com/careers

**Bungalows Key Largo is an EOE**

## ·M·G·S·

## MARATHON GARBAGE SERVICE

***We are now hiring for the following positions:***

**Diesel Mechanic**
**Truck Helpers**
**CDL Drivers**

Applicants must apply in person to be considered.
4290 Overseas Hwy, Marathon

## CROSSWORD SOLUTION

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | A | Y | S | O | | P | A | S | | | S | H | I | A |
| I | C | E | A | X | | O | R | C | | M | E | A | N | T |
| S | T | A | G | Y | | S | K | I | | A | M | I | D | E |
| | S | H | A | G | G | Y | | F | A | M | I | L | Y | |
| | | | S | E | A | | F | I | L | M | | | | |
| F | D | A | | N | U | L | L | | B | O | B | C | A | T |
| R | O | D | S | | L | E | Y | S | | N | E | H | R | U |
| U | N | I | T | | S | A | L | T | S | | S | L | O | B |
| I | N | T | E | R | | F | E | E | T | | T | O | M | E |
| T | E | S | T | E | E | | A | M | I | D | | E | A | R |
| | | | | B | E | E | F | | L | I | S | | | |
| | P | E | T | A | L | S | | N | E | C | T | A | R | |
| F | I | R | S | T | | S | U | E | | O | R | L | O | P |
| U | L | N | A | E | | A | K | A | | T | U | T | O | R |
| N | E | E | R | | | Y | E | T | | S | M | O | T | E |

**THE GUIDANCE/CARE CENTER, Inc.**

## IS HIRING!

**KEY LARGO**
Advocate (bilingual a plus)

**KEY WEST**
Case Manager (Forensic)
Substance Abuse Counselor
Behavioral Health Therapist (Children)
Behavioral Health Therapist (Adult) FL LCSW only
Front Desk Specialist
Engagement Specialist (Suicide Prevention)

**MARATHON**
Care Coordinator
Behavioral Health Therapist (Children)
RNs and LPNs (3 shifts) (PT& FT)
Peer Support Specialist
Drop In Technician (PT)
Research Assistant (2)
Driver (CDL preferred)
Engagement Specialist (Suicide Prevention)
*Assisted Living Night Monitor (FREE HOUSING!)
*Assisted Living Direct Care Worker (PT/FT)
*Behavioral Health Technicians (3 shifts) (PT/FT)

*No experience necessary. Will train. A caring heart & helpful hands required. Ability to work some evening or weekend shifts a plus. If you've wanted to get into the medical field but don't have the education, this is the job for you!

Background and drug screen req.
**GREAT BENEFITS!**
Check out all available positions at:
www.westcare.com
EEOC/DFWP

*Fast. Fresh.Friendly*

## NOW HIRING

Marathon, Big Pine Key & Stock Island Locations

**$15 per hour to start**

FT Employees are eligible to participate in our health, dental, vision, Life Insurance. PTO and Profit Sharing is available to every member of our team (conditions apply).

**HOW TO APPLY:**
Go to **mytomthumb.com** or call **Cleveland** (786) 295-5307.



*The Trash Trek helps clean up reefs that may never have been cleaned before.*

# DAY OF CONSERVATION

## FROM INAUGURAL TRASH TREK TO TURTLE RELEASE

At the end of August, Key Dives stepped up its cleanup efforts with a Dive Against Debris "Trash Trek" followed by a turtle release. During the all-day affair, the dive shop, which has collected over 11,000 pound of marine debris off local reefs since it started cleanups in 2018, visited "neglected reefs" that had probably never been cleaned before. They found old anchors, chains, line and trap debris — 519 pounds in total. They capped off the successful day with a turtle release in partnership with the Turtle Hospital in Marathon. The Key Dives crew had rescued Rocky, a juvenile green sea turtle, weeks before when he had been looking lethargic. After some R&R at the hospital and help getting rid of intestinal issues, he was ready to go back to his home, Rocky Top Reef.

*— Weekly staff report*

*TIFFANY DUONG/Keys Weekly*

*1. Rocky, a juvenile green sea turtle estimated to be around 7 years old, was released back to his home reef, Rocky Top.*

*2. John Enz came down from Jacksonville especially for the event. He was proud to support a local dive shop working to protect local reefs.*

*3. Key Dives owner Mike Goldberg hugs I.Care founder Kylie Smith after a successful Dive Against Debris.*

*4. Divers collect 519 pounds of debris from Three Peaks Reef. The majority were anchors and ghost lines.*

*5. The Dive Against Debris Trash Trek pulls in 519 pounds of debris.*

# • CLASSIFIEDS, PUBLIC & LEGAL NOTICES • 305.743.0844

Captain Pip's
MARINA & HIDEAWAY

**NOW HIRING**

**HOUSEKEEPING SUPERVISOR**

English/Spanish a must. Busy resort is in need of a Housekeeping Supervisor. Lead staff in insuring we keep the A+ standard for cleanliness we are known for. Liaison between staff and Resort Manager. Responsible for inventory and room inspection.

Send resume to captpips@aol.com or come into the office at 1480 Overseas Highway, Marathon between 11 am and 2 pm to fill out an application. No phone calls please.

**CAPTAIN PIP'S IS AN AWESOME PLACE TO WORK, WE TREAT OUR EMPLOYEES GREAT. COME JOIN OUR TEAM.**

Captain Pip's MARINA & HIDEAWAY

**NOW HIRING**

**ADMINISTRATION/OFFICE HELP**

Fast paced, busy resort in need of Office Help. Must be able to multi task, stay calm under pressure and have great communication skills. Most important be dependable. We are a small office and don't need any drama. Saturday or Sunday is a required day, so if you cannot work Saturdays or Sundays, no need to apply. If you want to be part of a great team, please apply! 3 to 4 days a week.

Send resume to captpips@aol.com or come into the office at 1480 Overseas Highway, Marathon between 11 am and 2 pm to fill out an application. No phone calls please.

**CAPTAIN PIP'S IS AN AWESOME PLACE TO WORK, WE TREAT OUR EMPLOYEES GREAT. COME JOIN OUR TEAM.**

Bungalows
KEY LARGO

**NOW HIRING**

RESTAURANT HOST
SERVERS
BARTENDERS
FOOD RUNNER
PUBLIC AREA ATTENDANT
LAUNDRY ATTENDANT
ROOM ATTENDANTS
BELLMEN
LINE COOK
SOUS CHEF
BAKER

APPLY AT:
bungalowskeylargo.com/careers

**Bungalows Key Largo is an EOE**

WESTCARE

***THE GUIDANCE/CARE CENTER, Inc. IS HIRING!***

**KEY LARGO**
Advocate (bilingual a plus)

**KEY WEST**
Case Manager (Forensic)
Substance Abuse Counselor
Behavioral Health Therapist (Children)
Behavioral Health Therapist (Adult) FL LCSW only
Engagement Specialist (Suicide Prevention)

**MARATHON**
Crisis Counselor
Care Coordinator
Behavioral Health Therapist (Children)
RNs and LPNs (3 shifts) (PT/FT & per diem)
Peer Support Specialist
Drop In Technician (PT)
Research Assistant (2)
Driver (CDL preferred)
Engagement Specialist (Suicide Prevention)
*Assisted Living Direct Care Worker (PT/FT)
*Behavioral Health Technicians (3 shifts) (PT/FT & per diem)

*No experience necessary. Will train. A caring heart & helpful hands required. Ability to work some evening or weekend shifts a plus. If you've wanted to get into the medical field but don't have the education, this is the job for you!

Background and drug screen req.
**GREAT BENEFITS!**
Check out all available positions at: www.westcare.com
EEOC/DFWP

KEYS WEEKLY NEWSPAPERS

**READY FOR A CHANGE?**

**A NEW CAREER AWAITS IN AN ESTABLISHED COMPANY.**

$50,000 salary plus commission and benefits for qualified candidates.

Send your confidential resume to britt@keysweekly.com.

M·G·S

**MARATHON GARBAGE SERVICE**

***We are now hiring for the following positions:***

**Diesel Mechanic**
**Truck Helpers**
**CDL Drivers**

Applicants must apply in person to be considered.
4290 Overseas Hwy, Marathon

HOUSTON A/R

**Immediate opening for a HVAC Service Technician**

Upper & Middle Keys.
Great Pay • Paid Holidays • Sick Pay • Medical Insurance • Paid Vacation

**Apply in person**
171 Hood Ave • MM 91.5 • Tavernier
p 305-852-2960 • f 305-852-0656

TOM thumb

***Fast. Fresh. Friendly***

**NOW HIRING**

Marathon, Big Pine Key & Stock Island Locations

**$15 per hour to start**

FT Employees are eligible to participate in our health, dental, vision, Life Insurance. PTO and Profit Sharing is available to every member of our team (conditions apply).

**HOW TO APPLY:**
Go to **mytomthumb.com** or call **Cleveland** (786) 295-5307.

2:15 AT&T 34%

Top Posts
#keysweeklynewspapers

Follow

Liked by **jimmmy_mac1992** and **49 others**

**keysweekly** We're hiring at the #KeysWeeklyNewspapers! If you're eager, positive and community oriented and ready to change your life and help your neighbors, contact us! We're excited to meet you! Email britt@keysweekly.com to learn more.

#jobs #hiring #werehiring #newjob #jobalerts #job #jobsearch

**danbkennedy** Did you mean *commensurate* with experience and results? 😉

September 8

**The Weekly Newspapers**
Sep 8 at 10:19 AM

ISLAMORDA * KEY LARGO * TAVERNIER

Alexandria Suarez and 53 others 3 Comments • 13 Shares

Like Comment Share

Learn More

www.keysweekly.com