IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 4:21-cv-10091-KING/BECERRA

CHRISTINA VALDES,

    Plaintiff,

v.

THE WEEKLY MEDIA GROUP, LLC and
WEEKLY NEWS CORP. d/b/a or a/k/a
KEYS WEEKLY MEDIA, MARATHON
WEEKLY, KEYS WEEKLY, KEY WEST
WEEKLY, UPPER KEYS WEEKLY, and
THE WEEKLY NEWSPAPERS, INC.,

    Defendants.
_____|

## NOTICE OF SETTLEMENT

Plaintiff, CHRISTINA VALDES, by and through her undersigned Counsel, hereby provides notice that the Parties have reached an agreement that will resolve all claims and will be preparing and executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings.

Dated: June 30, 2022

                              Respectfully submitted,

                  By:   /s/ *Gina M. Cadogan*
                        GINA MARIE CADOGAN
                        Fla Bar No: 177350
                        CADOGAN LAW
                        300 S. Pine Island Road, Suite 107

                                                        Plantation, Florida 33324
                                                        Telephone: 954.606.5891
                                                        Facsimile: 877.464.7316
                                                        Email: gina@cadoganlaw.com
                                                        Email: kathy@cadoganlaw.com
                                                        Email: tyler@cadoganlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of June 2022, that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              By:     /s/ Gina M. Cadogan
                                                             GINA MARIE CADOGAN
                                                            Fla Bar No:  177350

## **SERVICE LIST**

*Christina Valdes v. The Weekly Media Group, LLC and Weekly News Corp., d/b/a or a/k/a Keys Weekly Media, Marathon Weekly, Keys Weekly, Key West Weekly, Upper Keys Weekly and The Weekly Newspapers, Inc.*
**USDC CASE NO:  4:21-cv-10091-KING/BECERRA**

John Campbell, Esq.
Richard Malafy, Esq.
Campbell & Malafy
10887 Overseas Highway, Ste. 201
Marathon, FL 33050
Campbelllaw@mac.com
rmalafy@msn.com
JodyFreeman@msn.com
Attorneys for Defendant
*[CM/ECF]*