IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 4:21-cv-10091-KING/BECERRA

CHRISTINA VALDES,

    Plaintiff,

v.

THE WEEKLY MEDIA GROUP, LLC and
WEEKLY NEWS CORP. d/b/a or a/k/a
KEYS WEEKLY MEDIA, MARATHON
WEEKLY, KEYS WEEKLY, KEY WEST
WEEKLY, UPPER KEYS WEEKLY, and
THE WEEKLY NEWSPAPERS, INC.

    Defendants.
_____|

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties have settled this matter and stipulate and agree that the above captioned action is hereby dismissed with prejudice. Each party shall bear its own costs, attorney's fees and expenses.

Respectfully submitted this 18th day of July 2022.

By:   /s/ *Gina M. Cadogan*
GINA MARIE CADOGAN
Fla Bar No: 177350
Cadogan Law
300 S. Pine Island Road, Suite 107
Plantation, Florida 33324
Telephone: 954.606.5891
Facsimile: 877.464.7316

By:   /s/ *John Campbell*
JOHN CAMPBELL
Florida Bar No.: 443972
CAMPBELL & MALAFY
10887 Overseas Highway
Suite #201
Marathon, Florida 33050
Telephone: 305-743-2492
Fax: 305-743-2432

Email: gina@cadoganlaw.com
Email: kathy@cadoganlaw.com
Email: tyler@cadoganlaw.com

*Counsel for Plaintiff*

Email: Campbelllaw@mac.com
Email: Jodyfreeman@msn.com

*Counsel for Defendants*